450 F.2d 1144
 79 L.R.R.M. (BNA) 2109, 66 Lab.Cas. P 12,235
 T. I. L. SPORTSWEAR CORPORATION, Petitioner-Cross Respondent,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent-Cross-Petitioner.
 No. 71-1986.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
 
 Taylor B. Smith, Columbus, Miss., for petitioner.
 Marcel Mallet-Prevost, Asst. Gen. Counsel., N. L. R. B., Washington, D. C., John J. A. Reynolds, Region Director, 26th Region, N. L. R. B., Memphis, Tenn., John D. Burgoyne, Atty., N. L. R. B., Washington, D. C., for respondent.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)